*In re* **LOIBEN**, Alan Arthur (MR 21035)
Chicago, IL

Order of the Court:

The motion by Alan Arthur Loiben to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.

*In re* **MACHETTA**, Sally Marie (MR 21019, 21020)
Davenport, IA

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Sally Marie Machetta, who has been disciplined in the State of Iowa, is reprimanded in the State of Illinois.